```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
OLIAKU BROWN, et al.,                          :

                Plaintiffs,                    :      ORDER

      -v.-                                     :
                                                      20 Civ. 892 (PGG) (GWG)
APPLE-METRO, INC., et al.,                     :

                Defendants.                    :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

It has been reported to the Court that the parties have reached a settlement of this matter. Because this case contains one or more claims arising under the Fair Labor Standards Act, it must be approved pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

The parties are directed to make such an application to District Judge Paul G. Gardephe on or before August 6, 2021, and in compliance with any applicable Individual Practices of Judge Paul G. Gardephe.

If the parties consent to have this action adjudicated by the undersigned, they may complete a consent form under 28 U.S.C. § 636(c). The form is available at: https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge If the case is reassigned, the same deadline for submission of the application will apply unless an extension is sought and obtained.

SO ORDERED.

Dated: July 16, 2021
       New York, New York

                                            _____
                                            GABRIEL W. GORENSTEIN
                                            United States Magistrate Judge