# MEMORANDUM ENDORSEMENT

**ROBERT WISNIEWSKI  P.C.**       17 STATE STREET, SUITE 820 • NEW YORK, NY 10004
ATTORNEYS-AT-LAW                   TEL: (212) 267-2101 • WEB: www.rwapc.com

August 25, 2021

Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
    *VIA ECF*

    Re:    **Allman, et al. v. Apple-Metro, Inc., et al.
           <u>SDNY Docket No.: 20-CV-00892 (PGG)(GWG)</u>**

Dear Judge Gorenstein,

    I represent Plaintiffs in this matter. By this letter motion, the parties respectfully request a second extension of time in which to execute a settlement agreement and file a motion for its review and approval under ***Cheeks***. Your Honor was previously kind enough to extend our time until September 10, 2021 [Doc. No. 43], but we need another three weeks until October 1, 2021 to complete the task.

    The reason for the second extension of time is that, unfortunately, during the drafting process of the settlement agreement, certain issues have arisen that have not yet been resolved. Additionally, I was forced to travel abroad to take care of an estate matter arising from my mother's passing. The parties are optimistic to finalize the text of the settlement agreement shortly.

    Wherefore, the parties respectfully request time until October 1, 2021 to file a motion for the review and approval of the settlement agreement. This is the second request of this kind and there is no prejudice to any party.

    Thank You for your attention to the foregoing.

                                    /s/ *Robert Wisniewski*
                                    Robert Wisniewski

cc:    Counsel for Defendants (*via ECF*)

**Extension to November 1, 2021 granted. No further extensions. If the proposed settlement has not been presented to Judge Gardephe by that date, the parties shall file a joint letter with proposals for deadlines to complete discovery.**

**SO ORDERED.**

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

08/25/2021